UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WASHINGTON MORAN,

                      Plaintiff,

      - against -

GOODER FOODS, INC.,

                      Defendant.

---

                      25-cv-10486(JGK)

                      ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to discuss settlement and provide an update to the Court by **March 19, 2026.** Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

SO ORDERED.

Dated:    New York, New York
         December 19, 2025

                         _____
                           John G. Koeltl
                 United States District Judge